IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MICHAEL LOUIS OVERTON,

    Plaintiff,

vs.

WARDEN CALIFORNIA MEN'S COLONY; WARDEN CALIFORNIA MEDICAL FACILITY, et al.,

    Defendants.

No. C 12-2845 WHA (PR)

**ORDER OF TRANSFER**

    This is a civil rights case brought pro se by a state prisoner incarcerated at the California Men's Colony East ("CMC"). He complains about events occurring at the California Medical Facility ("CMF"), where he was formerly housed, at CMC. Defendants are located at CMC and CMF. CMC and CMF are located within the venue of the United States District Court for the Eastern District of California. Venue for this case is therefore proper in the Eastern District. *See* 28 U.S.C. 1391. Accordingly, and in the interests of justice, this case is **TRANSFERRED** to the United States District Court for the Eastern District of California. *See* 28 U.S.C. 1404(a), 1406(a). The clerk shall transfer this matter forthwith.

    **IT IS SO ORDERED.**

Dated: June __11__, 2012.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

N:\OVERTON2845.TRN.wpd