IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL L. OVERTON,

        Plaintiff,                  No. 2:12-cv-1575 MCE KJN P

    vs.

WARDEN,

        Defendants.            FINDINGS AND RECOMMENDATIONS

                                    /

        By an order filed June 21, 2012, plaintiff was ordered to file an in forma pauperis affidavit or pay the appropriate filing fee within thirty days, and was cautioned that failure to do so may result in the dismissal of this action. The thirty day period has now expired, and plaintiff has not responded to the court's order, and has not filed an in forma pauperis affidavit or paid the appropriate filing fee. Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice.

        These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within fourteen days after being served with these findings and recommendations, plaintiff may file written objections with the court. The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Plaintiff is advised that failure to file objections within the

1

1  specified time may waive the right to appeal the District Court's order.  Martinez v. Ylst, 951

2  F.2d 1153 (9th Cir. 1991).

3  DATED:  July 27, 2012

```
                                          _____
                                          KENDALL J. NEWMAN
                                          UNITED STATES MAGISTRATE JUDGE
```

7  over1575.fpf